People ex rel. Ferrante v Spano (2024 NY Slip Op 01282)

People ex rel. Ferrante v Spano

2024 NY Slip Op 01282

Decided on March 12, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 12, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

2024-01645

[*1]The People of the State of New York, ex rel. Richard L. Ferrante, etc., on behalf of Daquann Johnson, petitioner,
v
Joseph K. Spano, etc., respondent.

Richard L. Ferrante, Brooklyn, NY, petitioner pro se.
Miriam E. Rocah, District Attorney, White Plains, NY (Jill Oziemblewski and Raffaelina Gianfrancesco of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Daquann Johnson upon his own recognizance or, in the alternative, to set reasonable bail upon Westchester County Indictment No. 70461/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Westchester County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., CHAMBERS, WOOTEN and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court